# United States Court of Appeals
## For the First Circuit

No. 01-1196

UNITED STATES OF AMERICA,

Appellee,

v.

JOSE DELGADO,

Defendant, Appellant.

ERRATA SHEET

The opinion of this Court issued May 6, 2002 should be amended as follows:

On page 14, line 5, delete "sua sponte" from the first sentence in Section III.